IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| LINDE GAS & EQUIPMENT INC., | ) |
| Plaintiff, | ) |
| v. | ) Docket No.: 3:23-mc-9999 |
| GARY WRIGHT, | ) |
| Defendant. | ) |

## COMPLAINT

Plaintiff Linde Gas & Equipment Inc. (hereinafter "Linde" or "Plaintiff"), by and through counsel, for its Complaint against Defendant Gary Wright (hereinafter "Wright" or "Defendant"), states as follows:

PARTIES

1. Plaintiff Linde Gas & Equipment Inc. is a Delaware for-profit corporation with its principal place of business in Fairfield County, Connecticut located at 10 Riverview Drive, Danbury, Connecticut.

2. Defendant Gary Wright is a citizen and resident of Overton County, Tennessee, and can be served at 617 Preston Street, Livingston, Tennessee 38570-1103.

JURISDICTION AND VENUE

3. Jurisdiction is based on diversity of citizenship pursuant to 28 U.S.C. § 1332. There is complete diversity between the parties. The amount in controversy exceeds Seventy-five Thousand Dollars ($75,00.00).

4. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because the acts that give rise to the cause of action occurred in Overton County, Tennessee and the defendant resides in Overton County, Tennessee.

1

## FACTUAL ALLEGATIONS

5. Plaintiff distributes and sells highly pressurized industrial, medical, and specialty gases, including oxygen, carbon dioxide, nitrogen, and helium, in cylinders and other packaged forms to customers in a diverse group of industries, including manufacturing, healthcare, and construction. It does business in Livingston, Tennessee.

6. Gary Wright was a salaried employee of Linde from July 2007 until August 2022, when his employment was terminated for stealing large sums of money from Linde, between the years 2020 and 2022. Gary Wright was employed by Linde as a QC Engineer.

7. While he was an employee of Linde, Wright unlawfully and intentionally converted Linde company funds to his own personal use. By stealing the funds, Wright intentionally exercised dominion over the funds in defiance of the rights of the true owner, Linde. In doing so, Wright personally dispossessed Linde of its tangible personalty.

8. While he was an employee of Linde, Wright was given a position of trust that included having access to a company credit card. Using this position of trust, over a period of time Wright fraudulently made numerous transactions using his company credit card without authorization and for personal use. Wright would then create fictitious receipts on his personal computer to misrepresent the charges to Linde as business-related charges to obtain approval for Linde's payment of said charges.

9. The fraudulent charges made by Defendant Wright include, but are not limited to, transactions at Walmart, Walgreen's, Amazon, Verizon Wireless, and Lowes. Some charges were made over the weekends and while Wright was on scheduled vacations. A list of Defendant Wright's fraudulent charges are attached hereto as Exhibit A.

10. Defendant Wright falsified Linde company records to hide his unauthorized credit card charges and to deceive Linde into paying for non-business-related charges.

11. On or about July 28, 2022, Linde discovered that Defendant Wright made transactions using his company credit card during his scheduled vacation in June 2022. Linde conducted an investigation which revealed more unauthorized transactions and fictitious receipts.

12. Defendant Wright stated during the investigation that he committed fraud because he "wanted to see what he could get away with," was "low on money," and "thought he could and deserved to as he traveled for the company."

13. After identifying Defendant Wright's transactions as fraudulent, Linde terminated Wright's employment on or about August 18, 2022.

14. An investigation of Defendant Wright's theft revealed that he converted, stole, and fraudulently obtained approximately $76,876.49 from Linde as reimbursement and for which he has also put Linde at risk for tax liability for unpaid payroll taxes for illegal and inappropriate payments to an employee that would potentially be taxable.

## COUNT I – CONVERSION

15. The factual allegations contained in the previous paragraphs are hereby incorporated by reference.

16. Defendant Wright converted funds of Plaintiff for his own use without authorization or legitimate purpose.

17. As a direct and proximate result of Defendant's actions, Linde has and will continue to suffer damages in an amount to be determined at trial.

## COUNT II – BREACH OF DUTY OF LOYALTY

18. The factual allegations contained in the previous paragraphs are hereby incorporated by reference.

19. Defendant Wright was an employee of Linde from July 2007 until August 2022. He owed a common law duty of loyalty to Linde while he was employed there.

20. Defendant Wright engaged in conduct adverse to Linde's interests, including (but not limited to) conversion and embezzlement of company funds and falsification of company records to conceal the fraudulent scheme.

21. As a direct and proximate result of Defendant Wright's conduct, Linde has suffered damages in an amount to be determined at trial.

### COUNT III – FRAUDULENT CONCEALMENT

22. The factual allegations contained in the previous paragraphs are hereby incorporated by reference.

23. Defendant Wright submitted fictitious receipts to Linde for approval of his personal transactions on the company credit card, against Linde company policy.

24. Defendant Wright was aware, or should have been aware, that the submission of these receipts was against Linde company policy.

25. Defendant Wright's submission of fictitious receipts was basic, material information that Linde was not reasonably able to acquire themselves.

26. Defendant Wright submitted the fictitious receipts with the express intention to mislead Linde in believing the charges were reasonable and legitimate company expenditures.

27. Linde reasonably relied on Defendant Wright's misrepresentations, and as a result suffered injuries and damages for which it is entitled to recover compensatory and punitive damages in an amount to be determined at trial.

### COUNT IV – INTENTIONAL/NEGLIGENT MISREPRESENTATION

28. The factual allegations contained in the previous paragraphs are hereby incorporated by reference.

29. Defendant Wright knowingly made false representations when he submitted fictitious receipts to Linde for approval of his personal transactions on the company credit card.

30. Through his words and conduct, Defendant Wright led Plaintiff to believe that the receipts he submitted were reasonable and legitimate company expenditures and complied with all applicable Linde company policies.

31. Defendant Wright's false representations were made in regard to a material fact, the nature of the charges made on the company credit card.

32. Alternatively, Defendant Wright did not exercise reasonable care in his use of the company credit card, including using it for personal use, or communicating to Plaintiff that he did.

33. Linde reasonably relied on Wright's intentional or negligent misrepresentations, and as a result suffered injuries and damages for which it is entitled to recover compensatory and punitive damages in an amount to be determined at trial.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Linde, Inc. respectfully prays that this Court:

1. Exercise jurisdiction on the parties and subject matter in this case;

2. Issue summons and process requiring the Defendant to appear and answer this Complaint;

3. Issue an injunction preventing the Defendant from transferring certain property;

4. Enter judgment in favor of Plaintiff against the Defendant;

5. Award Plaintiff compensatory and punitive damages;

6. Award Plaintiff all court costs and discretionary costs in connection with this cause;

7. Award Plaintiff allowable pre-judgment and post-judgment interest; and,

8. Award Plaintiff such other relief as may be necessary and appropriate.

Respectfully submitted,

/s/ Victoria L. Rohloff
Rebecca Wells Demaree (TN Bar No. 13994)
Victoria L. Rohloff (TN Bar No. 40310)
CORNELIUS & COLLINS, LLP
211 Athens Way, Suite 200
Nashville, TN 37228
rwdemaree@cclawtn.com
vlrohloff@cclawtn.com

*Attorneys for Plaintiff*

6

Case 2:23-cv-00072   Document 1   Filed 12/13/23   Page 6 of 7 PageID #: 6

# CERTIFICATE OF SERVICE

      I do hereby certify that a true and exact copy of the foregoing document has been served via private process server to the following on this 13th day of December 2023.

Gary Wright
617 Preston Street
Livingston, TN 38570-1103

                                            /s/ *Victoria L. Rohloff*
                                            Victoria L. Rohloff