# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| LINDE GAS & EQUIPTMENT INC., | ) |
|     Plaintiff, | ) |
| v. | )    No. 2:23-cv-00072 |
| GARY WRIGHT, | ) |
|     Defendant. | ) |

## ORDER

The parties have filed a joint Stipulation of Voluntary Dismissal (Doc. No. 23). In accordance with the Stipulation of Voluntary Dismissal (Doc. No. 23), and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED WITH PREJUDICE**. The Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE